IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:09-CV-11-RLV-DCK

| | |
|---|---|
| **EMILY T. BORKOWSKI and husband** ) | |
| **WILLIAM BORKOWSKI,** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| **BAYER CORPORATION; BAYER** ) | |
| **HEALTHCARE PHARMACEUTICALS** ) | |
| **INC., as successor to BAYER** ) | |
| **PHARMACEUTICALS CORPORATION;** ) | |
| **BAYER HEALTHCARE LLC; and BAYER** ) | |
| **HEALTHCARE AG,** ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on Defendant's "Consent Motion To Stay Proceedings Pending Transfer To Multidistrict Litigation And To Extend Time To File Responsive Pleading" (Document No. 7) filed February 25, 2009. This matter has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. §636(b) and immediate review is appropriate.

Having carefully considered the motion and noting consent of Plaintiff's counsel, the undersigned will <u>grant</u> the motion.

**IT IS, THEREFORE, ORDERED** that Defendant's "Consent Motion To Stay Proceedings Pending Transfer To Multidistrict Litigation And To Extend Time To File Responsive Pleading" (Document No. 7) is **GRANTED**.

**IT IS FURTHER ORDERED** that all proceedings in the above-captioned case are STAYED pending transfer of this case to MDL-1928 and that the deadline for Defendants Bayer

Corporation, Bayer HealthCare Pharmaceuticals Inc., and Bayer HealthCare LLC to file a responsive pleading to the Complaint is EXTENDED until thirty (30) days after the date on which a docket for the above-captioned case is opened in the District Court for the Southern District of Florida.

Signed: March 3, 2009

_____
David C. Keesler
United States Magistrate Judge